**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JEFFREY BLINE and<br>JOAN BLINE, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | CASE NO.:   1:22-cv-1441 |
| MIRSAD KEKIC AND | ) | |
| ZUDO TRANSPORTATION, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants, Mirsad Kekic and Zudo Transportation, LLC, by counsel, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. §1446, file their Notice of Removal of this cause to United States District Court for the Southern District of Indiana, Indianapolis Division, from the Henry Circuit Court, Indiana, Cause No. 33C01-2206-CT-000025. In support of this motion, Defendants state:

1.      Plaintiff filed his Complaint in the Henry County, Indiana Circuit Court on March 17, 2020. ***The Complaint alleges that Defendants violated Plaintiff's rights under the 4th, 8th and 14th  Amendments to the United States Constitution by use of excessive force against Plaintiff (Plaintiff's Complaint ¶¶ 11-24); Plaintiff further alleges Defendants deprived his rights, such that he seeks redress under 42 U.S.C. §1983 (Plaintiff's Complaint ¶¶ 11-24).***

2.      28 U.S.C. §§ 1441(a) and (b) provide that any civil action in a state court over which the district courts have original jurisdiction, as founded on a

1

claim or right under the Constitution, shall be removable without regard to citizenship or residence of the parties.  Removal herein is therefore effected under federal question jurisdiction.

3.      28 U.S.C. § 1446(b) requires notice of removal of a civil action be filed within thirty (30) days after receipt by the defendant, through service or otherwise, of a "copy of an amended pleading, motion, order or other paper from which it may ascertained that the case is one which is or has become removable."  The cause is removed within thirty (30) days of the service of the complaint.

4.      Pursuant to 28 U.S.C. § 1446(b), all Defendants consent and join in the removal.

5.      Defendants have provided notice of removal of this cause to the Henry County, Indiana Circuit Court 1 in accordance with 28 U.S.C. § 1446(d).

6.       Defendants submit herewith copies of all process, pleadings and orders served upon the Defendants, in accordance with 28 U.S.C. § 1446(a).

Respectfully submitted,
**TRAVELERS STAFF COUNSEL INDIANA**

By:     */s/ Francis A. Veltri*

Francis A. Veltri, #27495-64
P.O. Box 64093
St. Paul, MN 55164
Phone: (219)736-2185
Fax: 844-833-0499
fveltri@travelers.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, a copy of the foregoing was filed electronically.   I further certify that a copy of this document was also served as follows by First Class U.S. Mail, postage pre-paid:

Richard T. Truitt r.truitt@truittlawoffices.com
Phillip A. Truitt p.truittt@truittlawoffices.com
Truitt Law Offices
*Attorneys for Plaintiffs*

Nathan J. Stuckey (nstuckey@legalspringfield.com)
The Stuckey Firm, LLC
*Attorney for Plaintiffs, Pro Hac Vice Pending*

By:   */s/ Francis A. Veltri*
        Francis A. Veltri, #27495-64

TRAVELERS STAFF COUNSEL INDIANA
P.O. Box 64093
St. Paul, MN  55164
Phone: (219) 736-2185
Fax: 844-833-0499
fveltri@travelers.com